UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONSIEUR SHAWNELLIAS BURGESS,
    Plaintiff,

v.

DOJI, INC. et al.,
    Defendants.

Case No. 3:25-cv-00495

Judge Aleta A. Trauger
Magistrate Judge Luke A. Evans

## MEMORANDUM ORDER

On April 3, 2026, plaintiff filed a motion for an order to address certain other motions that were pending in this case. (Doc. No. 143.) The motion is GRANTED IN PART to the extent that the Court is issuing other orders today that will address pending motions in this case.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge