| | |
|---|---|
| MONSIEUR SHAWNELLIAS BURGESS,<br>　　Plaintiff,<br><br>v.<br><br>DOJI, INC. et al.,<br>　　Defendants. | Case No. 3:25-cv-00495<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

## <u>MEMORANDUM ORDER</u>

On April 16, 2026, plaintiff filed a motion for a protective order. (Doc. No. 153.) The motion is DENIED. The discovery issues that will be addressed in the upcoming scheduling and discovery conference do not affect the deposition of plaintiff.

The parties will conduct plaintiff's deposition on or before **May 15, 2026**. The Court will not entertain any request for costs and fees at this time (Doc. No. 157), but defendants may renew their request after plaintiff's deposition concludes.

It is so ORDERED.

_____

LUKE A. EVANS
United States Magistrate Judge