UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONSIEUR SHAWNELLIAS BURGESS,
    Plaintiff,

v.

DOJI, INC. et al.,
    Defendants.

Case No. 3:25-cv-00495

Judge Aleta A. Trauger
Magistrate Judge Luke A. Evans

## **MEMORANDUM ORDER**

The referral of this case (Doc. No. 5) has been reassigned to this Court (Doc. No. 163). After reviewing the docket, the Court has decided under Local Rule 16.01(b)(2) to subject this case to case management conferences and to other case management as needed.

Accordingly, the Court GRANTS the pending motions for a scheduling conference (Doc. No. 90) and for a discovery conference (Doc. No. 113). A combined scheduling and discovery conference is set for **May 28, 2026 at 11:00 AM**. The conference will be held **in person** in Courtroom 5A, Fred D. Thompson U.S Courthouse and Federal Building, 719 Church Street, Nashville, TN 37203. On or before **May 21, 2026**, the parties must 1) meet and confer in person regarding all outstanding discovery issues; and 2) file a joint discovery dispute statement that is consistent with Local Rule 37.01(b).

In anticipation of the Court's scheduled conference and of resolution of at least some outstanding discovery issues after the parties meet and confer, the following motions are DENIED WITHOUT PREJUDICE: Docket Nos. 78, 83, 93, 106, 107, 117, 123, 125, 147, 154, 155, 156, and 159.

The parties are directed not to file any more discovery-related motions before the Court's scheduled conference.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge