MONSIEUR SHAWNELLIAS BURGESS,

    Plaintiff,

v.

DOJI, INC, et al.,

    Defendants.

Case No. 3:25-00495

Judge Aleta A. Trauger
Magistrate Judge Luke A. Evans

## **MEMORANDUM ORDER**

Plaintiff has filed motions for "clarification," for leave to file more motions to compel, and for a modification of the scheduling order. (Doc. Nos. 248, 250, 268.) Stripped to their core, the motions show that plaintiff wants to continue endless litigation over an issue that the May 28, 2026 conference definitely confirmed as absurd: Plaintiff was a patron of defendants for over 10 years (Doc. No. 172 at 3); he knows the staff; he knows who served him on April 10, 2025 because *he was the customer and he was there*; he would recognize his server immediately as soon as he conducts her deposition; defendants have told him who served him; and yet he insists on endless production of forensic evidence to confirm who served him. The motions also violate Local Rule 7.03. The Court denies the motions as frivolous and disproportionate to the needs of the case. The corresponding motion for an extension of time to respond to Doc. No. 250 (Doc. No. 265) is denied as moot.

Plaintiff has filed a motion for leave to file a sur-reply concerning the pending motion to declare him a vexatious litigant. (Doc. No. 260.) The proposed sur-reply does not comply with Local Rule 7.03. The proposed sur-reply also would add six more pages to the 18 pages that he already has filed (Doc. No. 249) arguing that his continued fight for forensic confirmation of who

served him on April 10, 2025 is not evidence of vexatiousness. The irony speaks for itself. The Court denies the motion as frivolous and disproportionate to the needs of the case.

### Conclusion

For the reasons above, the motions at Doc. Nos. 248, 250, 260, and 268 are DENIED as frivolous. The motion at Doc. No. 265 is DENIED AS MOOT.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge